**ATTORNEY(s)**: Hanski Partners LLC
**INDEX #**: **1:25-cv-04938-JAV**
**PURCHASED/FILED**: June 13, 2025
**STATE OF**: **NEW YORK**
**COURT**: U.S. District
**COUNTY/DISTRICT**: Southern Dist.

# AFFIRMATION OF SERVICE - SECRETARY OF STATE

Terrell Thomas

Plaintiff(s)

against

B. Arnold LLC and GBSC Essex LLC

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 65 Yrs

Weight: 180 lls Height: 5'1 Gender: Female Race: White

Hair color: Gray Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **June 18, 2025**, at **2:00 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**SUMMONS IN A CIVIL ACTION & COMPLAINT**

on

**GBSC Essex LLC**,

the Defendant in this action, by delivering to and leaving with **Mary Reilly** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm on **JUNE 18, 2025**, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document maybe filed in an action or proceeding in a court of law.

X________________________________
ROBERT GUYETTE

**Invoice•Work Order #** 2525401
Attorney File # **Thomas vs B. Arnold**