UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL THOMAS,

                    Plaintiff,

          -against-

B. Arnold LLC, et al.,

                    Defendants.

25-CV-4938 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 12, 2025, Plaintiff Terrell Thomas commenced this litigation against Defendants B. Arnold LLC and GBSC Essex LLC. (*See* ECF 2, Request for Issuance of Summons.) On June 13, 2025, Plaintiff filed the complaint in this action (the "Complaint"). (ECF 5.) Plaintiff timely served the summons and Complaint on Defendants, and Defendants were required to respond to the Complaint by July 9, 2025; Plaintiff filed proof of such service on the docket. (*See* ECF 7, Aff. of Serv.; ECF 8, Aff. of Serv.) To date, Defendants have not responded to the Complaint.

I am sua sponte extending the deadline for Defendants to respond to the Complaint nunc pro tunc until **October 3, 2025**. Plaintiff is directed to serve by **September 24, 2025**, the summonses, the Complaint, and a copy of this Order on Defendants. Such service shall be made by registered mail to any place(s) of business of Defendants that are known to Plaintiff, and by any email addresses used by Defendants and known to Plaintiff. Plaintiff shall file proof of such service by **September 25, 2025**.

DATED:  September 17, 2025
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge