UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL THOMAS,

                Plaintiff,

   -against-

B. ARNOLD LLC, et al.,

                Defendants.

25-CV-4938 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    On September 17, 2025, I ordered Plaintiff to serve the summons, the Complaint, and a copy of my September 17, 2025 order on Defendants and to file proof of such service on the docket by September 24, 2025. (ECF 10.) To date, Plaintiff has not filed proof of such service.

    I am sua sponte extending the deadline for Plaintiff to file proof of service, in accordance with my September 17, 2025 order, nunc pro tunc until **October 1, 2025**.

DATED: September 29, 2025
          New York, NY

SO ORDERED.

*[signature]*

**ROBYN F. TARNOFSKY**
United States Magistrate Judge