UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Terrell Thomas,

          Plaintiff,

   -against-

B. Arnold LLC, et al.,

        Defendants.

25-CV-04938 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference is scheduled for **Monday, March 2, 2026 at 2:00 PM** in Courtroom 9B at 500 Pearl Street, New York, NY.

If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov **January 30, 2026**, to propose three alternative dates and times for the settlement conference during the week of March 2, 2026.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report, prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **February 23, 2026**, at **5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  January 20, 2026
      New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge