UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL THOMAS,

                Plaintiff,

     -against-

B. ARNOLD LLC, ET AL.,

                Defendants.

25-CV-4938 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 20, 2026, I ordered the parties to file an update on the status of discovery by June 15, 2026. (*See* ECF 35, Case Management Plan ¶ 7.) The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their first joint status update until **June 17, 2026.**

DATED:  June 16, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge