UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL THOMAS,

Plaintiff,

-against-

B. ARNOLD LLC, et. al.,

Defendants.

25-CV-4938 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 20, 2026, I ordered the parties to file on the docket a joint update on the status of discovery by July 2, 2026. (*See* ECF 35, Case Management Plan ¶ 7.) The parties have not complied. Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **July 8, 2026.**

DATED: July 7, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge