UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL THOMAS,

Plaintiff,

-against-

B. ARNOLD LLC, et. al.,

Defendants.

25-CV-4938 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's application for an adjournment at ECF 52 is GRANTED. The conference is adjourned to **September 4, 2026 at 10:30 AM**. The information for accessing the telephonic conference is the same as was in the prior scheduling order. (See ECF 51.) The parties should be prepared to discuss the issues raised in Defendant's letter at ECF 53. The Clerk of Court is respectfully requested to terminate ECF 52.

DATED: August 24, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge