UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL THOMAS,

Plaintiff,

-against-

B. ARNOLD LLC, et. al.,

Defendants.

25-CV-4938 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on **September 4, 2026,** the schedule in this matter is extended nunc pro tunc as follows:

1. Plaintiff shall provide Defendants with a letter setting out the claimed deficiencies in Defendants' document production by **5:00 PM Eastern on September 8, 2026**.
2. By **5:00 PM Eastern on September 10, 2026**, the parties shall meet and confer on a) Plaintiff's claimed deficiencies and b) the scope of Plaintiff's 30(b)(6) deposition request.
3. By **5:00 PM Eastern on September 11, 2026,** Defendants shall advise Plaintiff of any documents that they agreed to produce if located that they have been unable to locate.
4. The parties shall raise any remaining disputes about paper discovery with the Court in a joint letter filed on the docket on **September 11, 2026**; I expect to address any such disputes on the papers, without holding another conference.
5. All fact discovery, including depositions of fact witnesses, shall be completed by **October 16, 2026**.
6. Expert discovery, including depositions of expert witnesses, shall be completed by **November 16, 2026.**

7. I will issue a separate order referring this matter to Court-annexed mediation, with such mediation to take place (if possible based on mediator availability) between **October 16, 2026** and **November 16, 2026**.

8. The parties shall provide the Court with joint updates on the status of discovery and, if applicable, on the status but not the substance of settlement discussions, on the following dates: **September 11, 2026**; **September 25, 2026**; **October 8, 2026**; **October 20, 2026**; **November 6, 2026**; and **November 18, 2026**.

DATED: September 4, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge