UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL THOMAS,

Plaintiff,

-against-

B. ARNOLD LLC, et. al.,

Defendants.

25-CV-4938 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on September 24, 2026:

1. GBSC shall produce its remaining documents (or confirm it has none) by **October 2, 2026.**
2. B. Arnold shall provide updated responses and objections to document requests and produce its remaining documents by **October 2, 2026.**
3. Plaintiff shall file a letter raising any claimed deficiencies in the production by **October 7, 2026**; Defendants may respond to any such letter by **October 9, 2026.**
4. Depositions shall take place on the following dates: **October 7, 2026 (Plaintiff); October 13, 2026 (GBSC); October 9 or 14, 2026 (B. Arnold)**.

DATED: September 24, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**