COZEN O'CONNOR

**John Ho**
Member
Direct Phone 212-883-4927
Direct Fax 917-512-4542
jho@cozen.com

The parties' request for an extension of the discovery deadlines at ECF 76 is GRANTED. The deadline to complete fact discovery is extended until December 31, 2026, and the deadline to complete expert discovery is extended until January 18, 2026.

Dated: November 13, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

November 12, 2026

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: Terrel Thomas v. B. Arnold LLC and GBSC Essex LLC**
**Southern District of New York Case No.: 1:25-cv-04938-JAV-RFT**

Dear Your Honor:

The Parties jointly write to update the Court on the status of Court-ordered mediation. At the suggestion of the assigned mediator, counsel for the parties only participated in a first mediation session on November 2nd. On November 10, 2026, the Parties including all client representatives with settlement authority participated in a full mediation session. The Parties (counsel and clients) have agreed to attend a second mediation on December 8, 2026.

At the mediation, the Parties narrowed the outstanding ADA remediation issues. However, there remains a number of remediation items that require further analysis and discussion. As part of the mediation process, Plaintiff's counsel has agreed to provide counsel for the Defendants a description of these issues by November 16, 2026. Upon receipt, Defendants will review these remaining issues and provide responses on how these issues will be addressed and/or evidence that they have been resolved by December 1, 2026. To assist the parties, the Mediator will be copied on the communications.

Thereafter, the Parties will attend another mediation session on December 8, 2026 to continue their efforts to resolve the matter.

In the Parties continuing effort to conserve resources and potentially avoid additional depositions if the mediation is successful, the Parties jointly request that fact discovery be extended until December 31, 2026 and expert discovery to be extended to January 18, 2026. The Parties have agreed to the following dates for Defendants' depositions, subject to the Court's extension of the current November 30, 2026 fact discovery deadline. Defendant GBSC Essex LLC's deposition will take place on December 16, 2026 and B. Arnold LLC's will take place on December 22, 2026.

---

We thank the Court for its time and consideration of this request as the Parties continue to focus on settlement.

Respectfully,

*/s/ John S. Ho*
John S. Ho